ORIGINAL USDC 6

RECEIVED
CHARLOTTE, N.C.

MAR 23 2009

Clerk, U. S. Dist. Court
W. Dist. of N. C.

MR. STEPHEN PAGE 75788-198
ALLENWOOD FCC
RT 15, 2 MI N OF ALLENWOOD - WHITE DEER, Pennsylvania
LSCI Allenwood S.H.U.
P.O.BOX 1000
WHITE DEER, PENNSYLVANIA 17887

FILED
CHARLOTTE, NC

MAR 23 2009

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

December 28, 2008

MR. Stephen M. Page 75788-198

# IN THE UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

Case No. 5:00-CR-15-03-V

Stephen M. Page,

DEFENDANT/PETITIONER,

EXHIBIT "A" Volume I

Detach Staple to Copy Please

Copy 1x

BP-S148.055 INMATE REQUEST TO STAFF CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE

FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) UNIT MANAGER MR. Wolever | DATE: October 21, 2008 |
|---|---|
| FROM: Stephen Page | REGISTER NO.: 75788-198 |
| WORK ASSIGNMENT: N/A | UNIT: SHU A-114-L ALP-ZO ~~B-214~~ QUAD-L |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

The Attached 16 Page letter to My Lawyer I Require AND Request the 16 Pages to be Copied 1x each AND Provided back to Me Along with My ORiginal letter to

16 Pages

Front Side

To: Lisa O. Costner
200 Brookstone Ave., Suite 304
Winston-Salem, N.C.
27101

RE: USA v. Stephen Page 5:00CR[illegible]-15-03-V

Read: Front Side First, of Pages, Backside Last: Back to Front

Dear Attorney Lisa O. Costner:

The Federal Defenders office Recently Sent to me your name and explaining you are a court appointed Attorney for Crack Cocaine Sentence Reduction.

Case 5:00-cr-00015-MOC Document 235-3 Filed 03/23/09 Page 5 of 21

Hello and Good Morning. Excuse my

Because I am just meeting you, and maybe your law office. I will not disturb you any further, and pray you will ask me for additional data and details with respect to the conditions of the Attorney's representation, and matters thereof, applicable to my offenses, sentence, and any further valuable or vital information you may need.

I would like to impress upon you that I just requested a copy of my criminal records from Massachusetts. And that I feel I have

reason to further discuss with you some

**FEDERAL DEFENDERS OF WESTERN NORTH CAROLINA, INC.**
227 West Fourth Street
Suite 300
Charlotte, North Carolina 28202

Claire J. Rauscher
Executive Director

Phone (704)374-0720
Facsimile (704)374-0722

October 7, 2008

Stephen M. Page
Fed. Reg. No. 75786-198
USP ALLENWOOD
U.S. PENITENTIARY
P.O. BOX 3000
WHITE DEER, PA 17887

Dear Mr. Page:

Please find below information regarding your court appointed attorney for Crack Cocaine Sentence Reduction.

Lisa O. Costner 200 Brookstown Avenue, Suite 304 336-748-1885

# MEMORANDUM

by MR. Stephen M. Page OCTOber 2008

To: Honorable Lisa O. Costner

READ: FRONT SIDE FIRST; BACK SIDE "FINISH TO START" LAST :)

## A STATEMENT OF The CASE

About The FACTS AS best I CAN Recollect, FROM The ON SET OF The MATTERS, FROM MEMORY without The AID OF RECORDED RECORD OR TEXT.

A FRIEND, Scott WALTERS, CALLED ME back in 2000 thereAbouts STATING he could NOT locate ANY bags OF WEED FOR his FRIENDS AND iF I could help them locate A bag. The FRIENDS (officers) then ARRIVED TO MY RENTED TRAILER Where I LIVED IN BOONE, N.C. AS A DISABLED Single MAN, UNDER DOC Separate AND DIFFERENT MEDICATIONS PRESCRIBED by PHYCISIANS. UPON the OFFICER'S ARRIVAL they

# STATEMENT OF The CASE CONTINUED

When the Neighbor RETURNED he HAD A Rock FOR me A #20 piece AND HANDED me back the Money STATING that he would NOT get ANY FOR them CAUSE The people AT The APARTMENT Site USED A COMPUTER Along with photographing All OF US, while, My Nieghbor WAS AWAY Some UNKNOWN Spot RETRIEVING the 20 piece he gave me.

The Result OF their Security Run that was made AT The APARTMENTS IDENTIFIED The OFFICERS AS OFFICERS. We Quietly Reentered The Vehicle AND I Requested That We Return As there WAS NO luck CAUSE they were OUT OF COCAINE. UPON Sitting back Down in my TRAILER, myself AND The two OFFICERS, I began to Assemble A pipe AND My phone RANG. I picked it up it WAS Scott checking to see that I DID OKAY in helping his FRIENDS, I Replied yes AND OKAY. As I Hung up AND picked up my Assembled pipe to smoke

The Cops were pretending they weren't Cops and I Who is HIV+/AIDS infected Didn't Care much About Things Cause my Addiction to Drugs "Crack" was To Such An Extent That I was Knowingly And Willingly helping the Cops Catch People And was even Dumber in that I was wanting to be put in Prison Cause I Couldn't Stop myself. Every cent I got or Had went to Crack. I made things happen With the Scope And purpose of The Money Amounts That were Conveyed to Me. Some purchases were lined up. I believe my neighbors cousins was the First Target of which I Arranged A Transaction That went Through me From both ends of the Table As to Say. There was A challenge before Me That was A Hurdle. As every time the Cops came pretending

# A STATEMENT OF The CASE CONTINUED

AND got high. All throughout I pretty much got high. The setups continued as the parties I brought to the setup meetings took to doing their own planning by cutting out the middle man myself. I faked a batch of speed on a sale for funds so I could get high. I made some ingridients look like a bag of speed or meth of which I pawned off to the pretend cops and aside from needing to get high, I faked it cause as point guy I could'nt come across anyone who was into meth. That was good for about #900 which lasted 20 minutes. Rock goes fast and up in smoke. My addiction was unreal. It got so that when I went to a store to buy a milk

Case 5:00-cr-00015-MOC Document 235-3 Filed 03/23/09 Page 11 of 21

Attempt. I myself went to Durham with the Cops for a buy of heroin of which I got 2-20 pieces of Coke and set the stage for the Cops to take it from there. They did and the Friend of the Drug dealers in Durham got shot. At about this point is when the Cops picked me up at my place and drove me to the Boone Police Department just down the way from my place. They showed me a badge and we went inside. I got furious at them at first cause I knew they was police and cause I didn't want them to front me like that so everyone would know. I then earased a marker board and put all the connections around the area, assembled a future plan of activity to cause all the other necessary set ups as I just listed on the board, about 15 or so was listed. I kept going till I was burnt out at

his ARM. AND I got burnt out when Tom put me in the scope of his Rifle. I got locked up and was Released cause when the guy tryed to Rob me the police From lenoir showed up cause of the Gunfire and a scuffle broke out between the police and me. What charges they lodged against me I don't fully Recall so I'll leave it up to the Criminal Record Data's. Upon Release From the Short imprisonment that ensued that excursion of events I was placed in a Family Health Homecare Center For Patients suffering From Brain Injuries. I lost my housing assistance cause I was charged with drugs by the PRETENDERS and so the Mental Health Staff, "IDA O'NEAL" and The Welfare group in Boone, N.C. assisted me with secure placement in a nursing home bussiness. "They" eventually

guy named Buddy. I mention Buddy cause the Family of my Friend thought I Killed Dave. When in fact it was far from the truth. I was talking to Dave trying to convince him to stop the coke and that we should get Harley's as a passion and the work I was setting up with him and several Lenoir Residents in contracting was more important than dope. Dave took one more hit and his kidney and liver shut down. They refused to deliver the poison and he started running and screaming and then after 4 or 5 days of torture in a hospital bed he died.

If your asking what does Dave have to do with the case I'll tell you. All of the connections I got to know from Dave and it was one of those connections from whom Dave picked up his last supply of coke. I was there for all of this

Case 5:00-cr-00015-MOC Document 235-3 Filed 03/23/09 Page 14 of 21

DIDN'T MAKE it. [DAVE WAS The only guy in the Town OF leominster who I wouldn'T beat up AND Kick out OF the bar I WAS A bouncer AT NO MATTER how ugly things got. AND My Cousins owned the BAR. I Remember when Jimmy my cousin said I HAD TO escort DAVE FROM the Premises That was AT 10 A.M. ONE FiNE DAY. Come 11:30 P.M. DAVE WAS STill there, my Cousin WAS Saying get him out, I HAD A TRUCK Dolly FOR liFTiNg Boxes OF Beer bottles iN ONE hand AND I'm liFTiNG OR TiPPiNG DAVE AND The Stool he's DARN NEARED PASSED AWAY the BAR on AND I'm MAKiNG every Attempt possible to get DAVE to leAVE ON his own. NORMALLY I JUST womp whoever it is, I Took ON A whole biker GANG ONE NighT. AND the whole DAY I'm pleading with DAVE to go,

AWARE They were there INVESTIGATING. I got OUT OF Buddy's CAR AND STOOD IN the STREET To See the embarraced FACES OF the Cops AND CAUSE I WAS New to the AREA I WANTED To see the Higher ups in the local LAW EN-FORCEMENT. I'm A Recently Released Prisoner From MASS. Running AWAY From my Wife's scorn to N.C.

You'll never Geuss The look I SAW ON their FACES AS They turned AROUND From Discovering their Blunder - They JUST got themselves IDENTIFIED by None other than Me.

I IDENTIFIED the local Higher ups. Buddy SAID the DRIVER WAS The DETECTIVE FROM the City Police Force. Buddy is FROM LENOIR AND THAT PART OF North CAROLINA.

OF COURSE DAVIDS STEP FATHER pulled up to the job site to examine the WORK AREA AND Scope everything OUT FROM the SEAT OF his TRUCK.

FOR ME, I KNEW the cops would soon Also pull up. However, they chose TO pull the 'KEESTER KOP' SCENARIO OF AVOIDING DETECTION AND DIRECT CONTACT. BUT INSTEAD FLUNKED. So when I SAY I HAD A challenge before ME I AM

(11) 17

Thin Driveway?

What is going on with Mr. Page?

For one; I'm thinking I'm gona have to endure a murder trial, or homicide trial. The investigation was a homicide investigation, with known cause as O.D.

The facts were still remaining! Like where did the drug come from. Who got the drug, etc...

As I said I was there and saw it, I seen where the drug was purchased from and knew who it was.

Now-to-today: Did I know the

in the Application of the U.S.S.G. Utilized in computation of C.H. Points.

There are offenses on my Criminal History that are incorrect data and informations.

The Sentence I recieved is totally Dis-proportionate to Similiar offenses.

The Attorney that Represented me from the Start Rejected any Notion that I gave Assistance or Cooperation to the Police, stating He interviewed Boone Police Departments Captain or Detective Kennedy who declined to Agree that I cooperated with the Police in Several Follow up Setups After I was Driven to Police Station and Badges were Flashed in my Face and the meeting that there-

the Least. I'm moving for a withdrawal of the Plea cause my wife died of AIDS, Hep, etc... The Attorney fails to object and state; The Attorney he interviewed did not use the cooperation so therefore I did not use the cooperation as the USA was claiming in USDC, at the hearing for withdrawal of the Plea.

I entered an objection Pro Se without expanding on the grounds or basis. I also believe I took an exception, [I believe cause I drifted off] (#78 is something gross like) Motion denied! "Sentence" they said so much and my lawyer asked for a lower end of the guideline. Not pointing out the inaccuracies of my criminal history record data (PSI #78.) or the over rated assessment val...

(19)

Did it wake me up? Hell yes it Did! I kept my focus and learned from my Dad an aircraft mechanic and metal technician to keep an ace up my sleeve.

20

Bottom Line: Did I get the drug dealer I was after? yes, I did, but the cops did'nt. [Prosecution Available - yup]

Did I beat my addiction?

My younger Brother is John we grew up together. He helped get me moved to N.C. with Dave. I told him about Davids O.D. and how I might end up in prison. I taught John to keep evidence from the cops and as a result of What Big Brother